NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3115

ROBERT J. DI PAOLO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in SF0752080041-I-1.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

The United States Postal Service moves for a 21-day extension of time, until July 15, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JUN 2 9 2009
_____
Date

cc:   Robert J. Di Paolo
      Carrie A. Dunsmore, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 29 2009

JAN HORBALY
CLERK